UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 12-14044-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

vs.

**CHRISTOPHER VAN HATCHER**,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on July 30, 2012. A Report and Recommendation filed on August 15, 2012 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the Sole Count in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of September, 2012.

                              _____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Fletcher Peacock, AFPD
        Adam McMichael, AUSA